USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LIBERTY MUTUAL INSURANCE           :
CORPORATION and LM INSURANCE       :
CORPORATION,                       :
                                   :        1:19-cv-00182-GHW
                       Plaintiffs, :
                                   :              ORDER
           -against-               :
                                   :
NEW YORK MARINE AND GENERAL        :
INSURANCE COMPANY,                 :
                                   :
                       Defendant.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On December 5, 2020, the Court granted in part and denied in part the parties' motions for summary judgment. Dkt. No. 74. The parties are directed to jointly write the Court by December 18, 2020 regarding the parties' proposed process for litigating the remainder of this case, including the parties' views regarding the propriety of a stay pending the resolution of the appeal in the underlying state court action and whether the parties request a referral to mediation or a settlement conference before a magistrate judge.

SO ORDERED.

Dated: December 13, 2020

_____
GREGORY H. WOODS
United States District Judge